# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144707

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WALLY YOOST,
      Plaintiff/Counter-Defendant,

v

PATRICIA E. CASPARI and ELLEN FRANKLE
Personal Representative of the ESTATE of
LAWRENCE I. FRANKLE,
      Defendants,

and

IRWIN C. ZALCBERG,
      Defendant/Counter-Plaintiff-
      Appellant,

v

HANK ASHER a/k/a HENRY ASHER,
      Counter-Defendant-Appellee.

SC: 144707
COA: 294299
Berrien CC: 2008-000135-CZ

_____/

On order of the Court, the application for leave to appeal the January 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

s0618

Clerk